UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ROBERT H. TUCK<br>B.O.P. # 94936-020 | * | CIVIL ACTION NO. 2:15-cv-2556 |
| v. | * | JUDGE MINALDI |
| CHARLES MAIORANA ET AL | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 5) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of Tuck's Objections (Rec. Doc. 7), and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that Tuck's civil rights complaint is **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief can be granted in accordance with 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**IT IS FURTHER ORDERED** that Tuck's FTCA claim is **DISMISSED WITHOUT PREJUDICE** for want of jurisdiction as the United States is not a defendant in this matter.

**IT IS FURTHER ORDERED** that the portion of this complaint that constitutes a petition for writ of *habeas corpus* is **DENIED** and **DISMISSED WITHOUT PREJUDICE** due to Tuck's ability to pursue such claims by filing the appropriate action.

Lake Charles, Louisiana, this 28 day of _____, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE